# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re  __800 S. Wells Commercial, LLC__

Case No _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U S C § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WRT Marc RC | Lupel Weininger, LLP, 30 N. LaSalle St., Suite 3520 Chicago, IL 60602-3334 | bank loan | disputed | unknown |
| A-1 Maintenance Experts, Inc. | 4961 Lamb Dr. Oak Lawn, IL 60453 | trade debt | unliquidated | $1,000 |
| Cintas Corporation #21 | PO Box #5 Bedford Park, IL 60499 | trade debt | unliquidated | $50 |
| ComEd | ComEd Bill Payment Center Chicago, IL 60668 | utility debt | unliquidated | $2,000 |
| Emerald Plant Services | 4943 Butterfield Rd. Hillside, IL 60162 | trade debt | unliquidated | $1,000 |
| Flood Brothers Disposal | 17 W. 697 Butterfield Rd, Suite E Oakbrook Terrace, IL 60181 | trade debt | unliquidated | $1,700 |
| INVSCO Management Co. | 1212 N. LaSalle, Suite 100 Chicago, IL 60610 | management fees | unliquidated | $5,000 |
| Midway Building Services, Ltd. | 2425 E. Devon Ave. Elk Grove Village, IL 60007 | trade debt | unliquidated | $12,000 |

| | | | | |
|---|---|---|---|---|
| McAdam Landscaping, Inc. | 2001 Des Plaines Ave. Forest Park, IL 60130 | trade debt | unliquidated | $500 |
| Millennium Properties, Inc. | 20 S. Clark, Suite 630 Chicago, IL 60603 | receiver's fee | unliquidated | $10,000 |
| Orkin, Inc. | 4201 W. 36th St. Chicago, IL 60632 | utility debt | unliquidated | $50 |
| River City Facilities | c/o American Invsco 1030 N. Clark St., Suite 300 Chicago, IL 60610 | trade debt | unliquidated | $68,204 |
| Schindler Elevator Corp. | PO Box 93050 Suite 1666 Chicago, IL 60673 | trade debt | unliquidated | $3,000 |

Date:     11/27/06

800 S. Wells Commercial, LLC

Debtor

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief

Date  **11/27/06**

Signature _(signed)_

William E. Shaulis, Executive Vice President
of The Cadle Company, D.A.N. Joint Venture III, L.P.
Holder of 100% membership interest, and voting rights
of 800 S. Wells Commercial, LLC

(Print Name and Title)